**IT IS ORDERED as set forth below:**

**Date: September 22, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO 08-75409-REB |
| | : CHAPTER 13 |
| | : |
| STACEY ANN ALLEN | : |
| ZAWADI ZEL ALLEN, SR. | : |
|     Debtors | : |
| ------------------------------------ | ------------------------------ |
| U.S. BANK, N.A., IT`S SUCCESSORS | : |
| AND/OR ASSIGNS, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| STACEY ANN ALLEN | : |
| ZAWADI ZEL ALLEN, SR. | : |
| ADAM M. GOODMAN, Trustee | : |
|     Respondents. | : |
| | : |

**CONSENT ORDER ON MOTION FOR RELIEF**
**FROM AUTOMATIC STAY**

U.S. BANK, N.A., IT`S SUCCESSORS AND/OR ASSIGNS, for itself, (the "Movant"),

filed a Motion for Relief from Automatic Stay (the "Motion") August 28, 2009 (Doc. No. 36), which was set for hearing on **September 10, 2009** (the "Hearing"). Movant seeks relief as to Debtors` real property located in Clayton County, Georgia, now or formerly known as 5579 BEN LANE, ELLENWOOD, GA 30294 (the "Property"), as more particularly described in Exhibit "A" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Debtors owe Movant post-petition mortgage arrearage through September, 2009 totaling $4,554.44. This figure includes July, 2009 through October, 2009 Mortgage Payments (4 at $870.06) totaling $3,480.24, June, 2009 through September, 2009 Late Charges (4 at $34.80) totaling $139.20, Property Inspections of $60.00, and Bankruptcy Fees and Costs of $875.00. Debtors will cure the arrearage of $4,554.44 by making a payment in the amount of $1,740.12 to Movant in certified funds on or before September 30, 2009 to reduce the arrearage to $2,814.32. Movant shall be allowed to amend its Proof of Claim to include bankruptcy fees and costs of $875.00, further reducing the arrearage to $1,939.32. Debtors will be required to cure the remaining arrearage of $1,939.32 by making payments to Movant in the amount of $323.22 for the next six (6) consecutive months, to be **tendered in addition to the regular monthly mortgage payments** on or before the 15th day of each month beginning in November, 2009. Accordingly, by consent, it is hereby

**ORDERED** that:

Beginning in November, 2009, Debtors shall pay Movant all future monthly mortgage payments when due. Additionally, if the loan is a non-escrowed loan, Debtors agree to maintain adequate homeowner insurance coverage and remain current on all property taxes assessed. These mortgage payments, the payments necessary to cure the post-petition mortgage arrearage,

and, if applicable, the provision regarding taxes and insurance shall be governed by Strict Compliance provisions as outlined herein below. Said provisions shall remain in effect for a period of nine (9) months beginning in November, 2009.

Upon delinquency by Debtors in the payment of any sum specified herein as well as failure to provide adequate proof of insurance coverage or current tax status, the Automatic Stay may be terminated as to the Property subject to the following conditions and allow Movant to proceed to foreclose or otherwise dispose of or take action including, but not limited to, commencing or continuing dispossessory proceedings, against the Property in order to recover upon its secured claim.

Upon failure by Debtors to tender to Movant the above-stated funds, or tender adequate proof of insurance or current tax status, as provided herein, and upon notice of default sent by first class mail to Debtors and Debtors' attorney and failure by Debtors to cure such default within ten (10) days of the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtors and Debtors` attorney, and the Court may enter the order terminating the automatic stay, without further notice or hearing.

Any excess proceeds derived from a foreclosure sale by Movant shall be remitted to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Signatures continued on the next page…………

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

Consented to by:

/s/ Brian Shockley with Express Permission
Brian Shockley, Esq.
Attorney for Debtors
State Bar No. 643752
Clark & Washington, P.C.
3300 Northeast Expressway, Building 3, Suite A
Atlanta, GA 30341
404-522-2222
mfr@cw13.com

No Opposition to by:

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
State Bar No. 300887
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303
(678) 510-1444
agoodman@13trusteeatlanta.com

DISTRIBUTION LIST

STACEY ANN ALLEN
5579 BEN LANE
ELLENWOOD, GA 30294

ZAWADI ZEL ALLEN, SR.
5579 BEN LANE
ELLENWOOD, GA 30294

E.L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expressway, Building 3, Suite A
Atlanta, GA 30341

Adam M. Goodman, Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092